**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: ADOPTION OF: E.K., A MINOR | : No. 393 MAL 2015 |
| | : |
| | : |
| | : |
| PETITION OF: D.T., FATHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 15th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.